**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:17-CV-00131 |
| | § | |
| REAL PROPERTY LOCATED AT 3370 | § | |
| BRIAR COURT, BEAUMONT, | § | |
| JEFFERSON COUNTY, TEXAS, | § | |
| INCLUDING ALL BUILDINGS, | § | |
| APPURTENANCES, AND | § | |
| IMPROVEMENTS THEREON, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER OF VOLUNTARILY DISMISSAL**

This is an *in rem* civil forfeiture case filed by the United States pursuant to Federal Rule of Civil

Procedure Supplemental Rule G(2) and 18 U.S.C. §§ 981 and 983(a).  On January 7, 2020, the United

States filed its *Unopposed Motion to Voluntarily Dismiss Without Prejudice* (doc. #38).  In the motion, the

United States represents that it reached a pre-indictment resolution of the criminal matter via a plea

agreement in *United States of America v. Raymond Duplantis*, 1:19-CR-116, pending here in the Beaumont

Division of the United States District Court for the Eastern District of Texas.  On September 6, 2019,

United States Magistrate Judge Keith Giblin entered his report in that case recommending that this

Court accept Mr. Duplantis' guilty plea.  The undersigned accepted that recommendation and Mr.

Duplantis' plea on September 26, 2019.  Mr. Duplantis is currently awaiting sentencing in the criminal

case.

Based on the foregoing, the Court **ORDERS** that the *Unopposed Motion to Voluntarily Dismiss*

*Without Prejudice* (doc. #38) is **GRANTED**.  The Court further **ORDERS** that all claims asserted in

this civil forfeiture action are **DISMISSED**, without prejudice to refile.  All relief not granted herein

1

is denied.  Finally, the Clerk is directed to **CLOSE** this civil action pursuant to the voluntary dismissal

with prejudice.

       **SIGNED** this the 14 day of **January, 2020.**

                          Thad Heartfield

                          United States District Judge